No. 02–7094. COX *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. 

No. 02–7095. FARRELL *v.* GRIEVANCE COMMITTEE FOR THE EASTERN DISTRICT OF NEW YORK. C. A. 2d Cir. Certiorari denied. 

No. 02–7096. CAMP *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 02–7097. BLANDINO *v.* DISTRICT COURT OF NEVADA, CLARK COUNTY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–7100. MAHAFFEY *v.* SCHOMIG, WARDEN. C. A. 7th Cir. Certiorari denied. 

No. 02–7101. FULLWOOD *v.* LEE, WARDEN. C. A. 4th Cir. Certiorari denied. 

No. 02–7105. MASTRIANO *v.* STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–7111. STRONG *v.* EDWARDS, SUPERINTENDENT, OTISVILLE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–7112. ESTRADA GONZALES *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–7121. HOWARD *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–7124. UZENDA GOBBI *v.* SHAFTESBURY GLEN GOLF & FISH CLUB, LLC, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–7128. HONG *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 02–7129. MCKNIGHT *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02–7130. CORNELIUS *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.